FORM B6A
(10/05)

In re:  **Donna M. Miner**                               ,     Case No. **06-13753**
                         **Debtor**                                              (If known)

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **Real Estate**<br>**5900 Croom Station Road**<br>**Upper Marlboro, MD 20772** | **Fee Owner** | | $1,123,000.00 | $ 979,440.30 |
| | | Total ➤ | $1,123,000.00 | |

(Report also on Summary of Schedules.)

FormB6B
(10/05)

In re **Donna M. Miner** ,   Case No. **06-13753**
**Debtor**                                                                                                           **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | | **Pocket Cash** | | **20.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **4 Sofas $400**<br>**2 Love Seats $100**<br>**2 Coffee Tables $50**<br>**6 End Tables $300**<br>**10 Lamps $500**<br>**5 Televisions $500**<br>**5 VCR/DVD $150** | **J** | **2,000.00** |
| Household goods and furnishings, including audio, video, and computer equipment. | | **4 Telephones $120**<br>**2 Cell Phones $50**<br>**Computer $250**<br>**Printer $50**<br>**Washer $100**<br>**Dryer $100**<br>**Ironing Board $10**<br>**Iron $30**<br>**Blender $25**<br>**Microwave $50**<br>**Sewing Machine $250**<br>**Vacuum $100** | **J** | **1,135.00** |
| Household goods and furnishings, including audio, video, and computer equipment. | | **6 Beds $300**<br>**5 Dressers $250**<br>**5 Chests $300**<br>**3 Desks $150** | **J** | **1,000.00** |
| Household goods and furnishings, including audio, video, and computer equipment. | | **Dining Table/Chairs $150**<br>**China Cabinet $150**<br>**Kitchen Table/Chairs $100**<br>**Dishes $100**<br>**Glasses $100**<br>**Silverware $150**<br>**Table Linens $100** | | **850.00** |

Form B6B-Cont.
(10/05)

In re **Donna M. Miner** , Case No. **06-13753**
Debtor (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **50 Dresses $400**<br>**35 Shirts/Blouses $350**<br>**10 Sweaters $100**<br>**10 Suits $500**<br>**Socks/Undercloathes $100**<br>**5 Coats/Jackets $500**<br>**20 Shoes/Boots $200**<br>**5 Athletic Shoes $150** | | **2,300.00** |
| 7. Furs and jewelry. | | **2 Watches $300**<br>**Wedding Band $500**<br>**2 Rings $400** | | **1,200.00** |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **Camera** | | **150.00** |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give Particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |

Form B6B-Cont.
(10/05)

In re  **Donna M. Miner**                                   ,          Case No.  **06-13753**
                              **Debtor**                                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2000 Chrysler Van 60,000 Miles** | | 6,250.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |

Form B6B-Cont.
(10/05)

In re **Donna M. Miner** ,                                          Case No. **06-13753**
                    **Debtor**                                                                      **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

                    __3__  continuation sheets attached        Total  >   **$ 14,905.00**

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

Form B6C
(10/05)

In re **Donna M. Miner**, Case No. **06-13753**
                Debtor                                                                     (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under: ☐ Check if debtor claims a homestead exemption that exceeds $125,000.
(Check one box)
☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| **2 Watches $300**<br>**Wedding Band $500**<br>**2 Rings $400** | **Md. Code Ann., Cts. & Jud. Proc. §11-504(f)** | **1,037.50** | **1,200.00** |
| **2000 Chrysler Van**<br>**60,000 Miles** | **Md. Code Ann., Cts. & Jud. Proc. §11-504(b)(5)** | **6,000.00** | **6,250.00** |
| **4 Sofas $400**<br>**2 Love Seats $100**<br>**2 Coffee Tables $50**<br>**6 End Tables $300**<br>**10 Lamps $500**<br>**5 Televisions $500**<br>**5 VCR/DVD $150** | **Md. Code Ann., Cts. & Jud. Proc. §11-504(b)(4)** | **1,000.00** | **2,000.00** |
| **4 Telephones $120**<br>**2 Cell Phones $50**<br>**Computer $250**<br>**Printer $50**<br>**Washer $100**<br>**Dryer $100**<br>**Ironing Board $10**<br>**Iron $30**<br>**Blender $25**<br>**Microwave $50**<br>**Sewing Machine $250**<br>**Vacuum $100** | **Md. Code Ann., Cts. & Jud. Proc. §11-504(f)** | **567.50** | **1,135.00** |
| **50 Dresses $400**<br>**35 Shirts/Blouses $350**<br>**10 Sweaters $100**<br>**10 Suits $500**<br>**Socks/Undercloathes $100**<br>**5 Coats/Jackets $500**<br>**20 Shoes/Boots $200**<br>**5 Athletic Shoes $150** | **Md. Code Ann., Cts. & Jud. Proc. §11-504(f)** | **2,300.00** | **2,300.00** |
| **6 Beds $300**<br>**5 Dressers $250**<br>**5 Chests $300**<br>**3 Desks $150** | **Md. Code Ann., Cts. & Jud. Proc. §11-504(f)** | **500.00** | **1,000.00** |
| **Camera** | **Md. Code Ann., Cts. & Jud. Proc. §11-504(f)** | **150.00** | **150.00** |

Form B6C-Cont.
(10/05)

In re **Donna M. Miner**, Case No. **06-13753**
Debtor (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| **Dining Table/Chairs $150**<br>**China Cabinet $150**<br>**Kitchen Table/Chairs $100**<br>**Dishes $100**<br>**Glasses $100**<br>**Silverware $150**<br>**Table Linens $100** | **Md. Code Ann., Cts. & Jud. Proc. §11-504(f)** | 425.00 | 850.00 |
| **Pocket Cash** | **Md. Code Ann., Cts. & Jud. Proc. §11-504(f)** | 20.00 | 20.00 |

FORM B6D
(10/05)

In re: **Donna M. Miner**, Debtor

Case No. **06-13753** (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **6409045**<br>**Irwin Home Equity**<br>**12677 Alcosta Blvd. - #500**<br>**San Ramon, CA 94583-4427**<br><br>**Covahey, Boozer, Devan & Dore, P.A.**<br>**606 Baltimore Avenue, Suite 302**<br>**Towson, MD 21204**<br><br>**Americas Servicing Co.**<br>**7495 New Horizon Way**<br>**Frederick, MD 21703** | | | **Deed of Trust**<br>**Real Estate**<br>**5900 Croom Station Road**<br>**Upper Marlboro, MD 20772**<br>_____<br>**VALUE $1,123,000.00** | | X | | 187,304.01 | 0.00 |
| ACCOUNT NO. **1261004049**<br>**Wells Fargo Home Mortgage**<br>**1 Home Campus**<br>**Des Moines, IA 50328**<br><br>**Covahey, Boozer, Devan & Dorf**<br>**606 Baltimore Ave., #302**<br>**Towson, MD 21204** | | | **Second Lien on Residence**<br>**Real Estate**<br>**5900 Croom Station Road**<br>**Upper Marlboro, MD 20772**<br>_____<br>**VALUE $1,123,000.00** | | X | | 792,136.29 | 0.00 |

<u>0</u> Continuation sheets attached

Subtotal ➢ (Total of this page) **$979,440.30**

Total ➢ (Use only on last page) **$979,440.30**

(Report total also on Summary of Schedules)

Form B6E
(10/05)

In re  **Donna M. Miner**                                    Case No.  **06-13753**
                    Debtor                                                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,000* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury  While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>1</u>  Continuation sheets attached

Form B6E -Cont.
(10/05)

In re  **Donna M. Miner**
_____,
Debtor

Case No.  **06-13753**
_____
(If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |

Sheet no. 1 of 1 sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal ➤
(Total of this page)   **$0.00**   **$0.00**

Total ➤
**(Use only on last page of the completed Schedule E.)**   **$0.00**   **$0.00**
(Report total also on Summary of Schedules)

Form B6F (10/05)

In re **Donna M. Miner**                                      ,   Case No. **06-13753**
                    Debtor                                                         (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 5178-0523-3787-2648<br>**Capitol One**<br>**P.O. Box 30285**<br>**Salt Lake City, UT 84130-0285** | | | **Merchandise & Services** | | X | | 179.73 |
| ACCOUNT NO. 4338-6417-3930-5774<br>**Capitol One**<br>**P.O. Box 30285**<br>**Salt Lake City, UT 84130-0285** | | | **Merchandise & Services** | | X | | 299.92 |
| ACCOUNT NO. 5491--1000-0979-4135<br>**Household Bank**<br>**HSBC Card Services**<br>**P.O. Box 81622**<br>**Salinas, CA 93912** | | | **Merchandise & Services** | | X | | 770.14 |
| ACCOUNT NO. 4120 6130 0459 6262<br>**Merrick Bank**<br>**P.O. Box 9201**<br>**Old Bethpage, NY 11804** | | | **Merchandise & Services** | | X | | 1,921.61 |
| ACCOUNT NO. 5049948049057591<br>**Sears Card**<br>**CBUSA SEARS**<br>**8725 W. Sahara Ave.**<br>**The Lakes, NV 89163** | | | **Merchandise** | | | | 449.57 |

_0_   Continuation sheets attached

Subtotal ➤ **$3,620.97**

Total ➤ **$3,620.97**
**(Use only on last page of the completed Schedule F.)**
(Report also on Summary of Schedules)

Form B6G
(10/05)

In re: **Donna M. Miner**, Case No. **06-13753**
　　　　　　Debtor　　　　　　　　　　　　　　　　(If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

Form B6H
(10/05)

In re: **Donna M. Miner**                                   , Case No. **06-13753**
　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE H - CODEBTORS

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

Form B6I
(10/05)

In re **Donna M. Miner**          Case No. **06-13753**
                Debtor                              (If known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

| Debtor's Marital Status: **Married** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP | AGE |
| | **Son** | **14** |
| | **Daughter** | **9** |
| | **Daughter** | **7** |

| **Employment:** | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | **The BEE Group** | |
| How long employed | **2 Months** | |
| Address of Employer | **3123 82nd Ave** **Landover, MD 20785** | |

**Income**: (Estimate of average monthly income)            DEBTOR            SPOUSE

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. Current monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | | $ **5,416.67** | $ **0.00** |
| 2. Estimate monthly overtime | | $ **0.00** | $ **0.00** |
| 3. SUBTOTAL | | $ **5,416.67** | $ **0.00** |
| 4. LESS PAYROLL DEDUCTIONS | | | |
| a. Payroll taxes and social security | | $ **1,083.33** | $ **0.00** |
| b. Insurance | | $ **0.00** | $ **0.00** |
| c. Union dues | | $ **0.00** | $ **0.00** |
| d. Other (Specify) | | $ **0.00** | $ **0.00** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | | $ **1,083.33** | $ **0.00** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | | $ **4,333.33** | $ **0.00** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | | $ **0.00** | $ **7,000.00** |
| 8. Income from real property | | $ **0.00** | $ **0.00** |
| 9. Interest and dividends | | $ **0.00** | $ **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | | $ **0.00** | $ **0.00** |
| 11. Social security or other government assistance (Specify) | | $ **0.00** | $ **0.00** |
| 12. Pension or retirement income | | $ **0.00** | $ **0.00** |
| 13. Other monthly income (Specify) | | $ **0.00** | $ **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | | $ **0.00** | $ |
| 15. TOTAL MONTHLY INCOME (add amounts shown on lines 6 and 14) | | $ **4,333.33** | $ **7,000.00** |
| 16. TOTAL COMBINED MONTHLY INCOME | $ **11,333.33** | (Report also on Summary of Schedules) | |

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document.:

**NONE**

Form B6J
(10/05)

In re **Donna M. Miner**                                         ,        Case No.    **06-13753**
                               Debtor                                                 (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ 5,622.00 |
|    a. Are real estate taxes included? | Yes ✓    No ___ | |
|    b. Is property insurance included? | Yes ___    No ✓ | |
| 2. Utilities: a. Electricity and heating fuel | | $ 80.00 |
|    b. Water and sewer | | $ 0.00 |
|    c. Telephone | | $ 40.00 |
|    d. Other **Cell Phone** | | $ 60.00 |
|              **Gas** | | $ 60.00 |
| 3. Home maintenance (repairs and upkeep) | | $ 150.00 |
| 4. Food | | $ 1,000.00 |
| 5. Clothing | | $ 250.00 |
| 6. Laundry and dry cleaning | | $ 75.00 |
| 7. Medical and dental expenses | | $ 250.00 |
| 8. Transportation (not including car payments) | | $ 300.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ 100.00 |
| 10. Charitable contributions | | $ 100.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|    a. Homeowner's or renter's | | $ 50.00 |
|    b. Life | | $ 0.00 |
|    c. Health | | $ 49.95 |
|    d. Auto | | $ 60.00 |
|    e. Other | | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) **Property Taxes** | | $ 350.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|    a. Auto | | $ 0.00 |
|    b. Other **Second Mortgage** | | $ 1,500.00 |
| 14. Alimony, maintenance or support paid to others | | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ 0.00 |
| 17. Other **Private school tuition** | | $ 166.67 |
| 18. TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | | $ 10,263.62 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME
    a. Total monthly income from Line 16 of Schedule I         $ 11,333.33
    b. Total monthly expenses from Line 18 above                $ 10,263.62
    c. Monthly net income (a. minus b.)                         $ 1,069.71

**Form 6- Summ**

# United States Bankruptcy Court
# District of Maryland
# Greenbelt

In re **Donna M. Miner**,                                                Case No. **06-13753**
                                    Debtor
                                                                          Chapter **13**

# SUMMARY OF SCHEDULES

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 1,123,000.00 | | |
| B - Personal Property | YES | 4 | $ 14,905.00 | | |
| C - Property Claimed as Exempt | YES | 2 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $ 979,440.30 | |
| E - Creditors Holding Unsecured Priority Claims | YES | 2 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 1 | | $ 3,620.97 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 11,333.33 |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | | | $ 10,263.62 |
| Total | | | $ 1,137,905.00 | $ 983,061.27 | |

Official Form 6 - Decl.
(10/05)

In re **Donna M. Miner**　　　　　　　　　　　　　　　　　　　　　　Case No. **06-13753**
　　　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **16** sheets, and that they are true and correct to the best of my knowledge, information, and belief.
(Total shown on summary page plus 1.)

Date: **7/31/2006**　　　　　　　　　　　Signature: **/s/ Donna M. Miner**
　　　　　　　　　　　　　　　　　　　　　　　　　　**Donna M. Miner**

[If joint case, both spouses must sign]

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

(NOT APPLICABLE)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.